PD-1574-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

y 2 de 12 Dicienbre del 2015

DEC 07 2015

exelenticimo y honorable, Señor. Abel acosta
espero que AL recibir La presente se encuentre bién de salud
uste y Familia

Abel Acosta, Clerk

Despues de este brebe saludo, Le digo Lo siguiente.
eL señor, Kenneth G. Mahaffey, medio solo 30 dias para llenar esta
aplicación, eL cual yo eseri una (Carta dia 9-11-2015) y La
recibi la contestación el dia martes 2 de Dicienbre 2015
                    "INFORMACION"
THIRD DISTRICT OF TEXAS
P. O. Box 12547 Austin TEXAS 78711-2547. WWW. TXcourts.
gov /3rdcoa, aspx. TLF 512. 463 1733.

RE court of Appeals Number: 03-14-00324-CR.

eL abogado Kenneth G. Mahaffey, me enbio la carta el dia
octubre 29-10-2015

espero que este registrado la Fecha que enbie Ja carta y mi
apelación no me ela negada, ya enpese arestavrar eL conocimiento
un poco despues de cinco años yo Tengo un Inpedimento mental.
Como no podia pensar x eso Firmana aeia todo Lo que me dijeron ecsento
algo que yo cousiderara que me acia algo maL para mi yo Toda via no
puedo pensar muy bien pero Tengo pruebas como defenderme yo
estoy preso x no aber aseptado aha cesinar aL señor Marivin
Ismael Dios. Si usted desea enbiarme Todos Los ebidencios
en español creo es mejor para mi. Todo Lo que se dijo en ez